**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Hector Enrique GODOY–MORAN,**
**Defendant–Appellant.**

No. 05–50026.

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, Selena N. Solis, Federal Public Defender's Office Western District of Texas, El Paso, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the United States District Court for the Western District of Texas, El Paso Division, for resentencing is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion in the alternative to extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is DENIED as moot.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.